UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES L. MOORE (#262204)

VERSUS

TENSAS PARISH DETENTION CENTER

CIVIL ACTION

NO. 11-764-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated January 10, 2012 as amended on January 19, 2012 (doc. nos. 6 and 7) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Magistrate Judge's Report and Recommendation of January 10, 2012 (doc. no. 6) is withdrawn and the Amended Report and Recommendation is substituted. Further, the petitioner's application for a writ of habeas corpus is DISMISSED, without prejudice, for failure to exhaust state court post-conviction remedies.

Baton Rouge, Louisiana, this 16th day of February, 2012.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE